# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**8/30/22**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:22-MJ-00308-JAG |
| ALBERT TRAMPIS DOGSKIN, JR. | ) |

## CRIMINAL COMPLAINT

I, Special Agent Brian Hoff, state that the following is true to the best of my knowledge and belief. On or about November 30, 2017, in the Eastern District of Washington, the defendant violated 18 U.S.C. §§ 2241(a), 1153 (Aggravated Sexual Abuse in Indian Country), and that on or about August 16, 2022, the Defendant violated 18 U.S.C. § 1512(c) (tampering with a witness or victim).

This complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Brian Hoff, FBI

_Printed name and title_

☐ Sworn to before me and signed in my presence.
✓ Sworn to telephonically and signed electronically.

JAG

Date: August 30, 2022

_Judge's signature_

James A. Goeke, United States Magistrate

_Printed name and title_

City and state:    Spokane, Washington

P40306jm.SLA